■ In the Matter of the Claim of ANGELIST M. ALSBROOKS, Appellant. COMMISSIONER OF LABOR, Respondent. [41 NYS3d 923]—Appeals from two decisions of the Unemployment Insurance Appeal Board, filed July 14, 2015, which ruled, among other things, that claimant was ineligible to receive unemployment insurance benefits because he was not totally unemployed.

Decisions affirmed. No opinion.

Peters, P.J., Garry, Egan Jr., Lynch and Rose, JJ., concur. Ordered that the decisions are affirmed, without costs.